**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JAMES WILLIAM CONWAY,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1835-R** |
| | ) | |
| **KELLY DAVIS,** | ) | |
| | ) | |
| **Respondent.** | ) | |

# ORDER

Petitioner, Mr. James William Conway, filed a Petition for a writ of habeas corpus under 28 U.S.C.§ 2241 seeking release from prison. [Doc. No. 1]. The Court referred this matter to United States Magistrate Judge Suzanne Mitchell, who issued a Report and Recommendation. [Doc. No. 9].

Although Mr. Conway didn't formally object, he did file a Motion to Compel, reiterating many of the same substantive arguments he raised previously. [Doc. No. 10]. But the problem with Mr. Conway's Petition isn't substantive; it's procedural: He didn't get a signature from an appropriate prison official certifying his Statement of Institutional Accounts. This despite Judge Mitchell's warning that failing to do so could lead to the Court dismissing his Petition. [Doc. No. 6].

Accordingly, the Court ADOPTS Judge Mitchell's R&R, DENIES the following motions. [Doc. Nos. 5, 7, 8, and 10], and DISMISSES without prejudice Mr. Conway's Petition.

IT IS SO ORDERED this 2nd day of October, 2026.

David L. Russell
**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**